# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| DEBORAH UEHARA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SPECIALIZED LOAN SERVICING, LLC, *et al.*,<br><br>　　　　　　Defendants. | 2:17-cv-00093-APG-VCF<br>**MINUTE ORDER** |

　　　Before the Court is Defendant Specialized Loan Servicing, LLC's Request to Appear Telephonically for Experian's Motion to Consolidate Cases and Experian's Motion to Shorten Time Re Discovery Depositions on May 4, 2017 (ECF No. 29).

　　　Accordingly,

　　　IT IS HEREBY ORDERED that Defendant Specialized Loan Servicing, LLC's Request to Appear Telephonically for Experian's Motion to Consolidate Cases and Experian's Motion to Shorten Time Re Discovery Depositions on May 4, 2017 (ECF No. 29) is GRANTED.

　　　The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

　　　DATED this 4th day of May, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE