JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
MICHAEL R HOGUE, ESQ.
Nevada Bar No. 12400
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: bundick@gtlaw.com; hoguem@gtlaw.com
*Counsel for Defendant Specialized Loan Servicing, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEBORAH UEHARA, <br><br> Plaintiffs, <br><br> v. <br><br> SPECIALIZED LOAN SERVICING, LLC; AND EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendant. | Case No.: 2:17-CV-00093-APG-VCF <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR SPECIALIZED LOAN SERVICING, LLC TO FILE REPLY IN SUPPORT OF EMERGENCY MOTION TO STAY DISCOVERY PENDING RULING ON MOTION TO DISMISS COMPLAINT** |

COME NOW, Plaintiff Deborah Uehara ("Plaintiff") Defendant Specialized Loan Servicing, LLC ("SLS"), and Defendant Experian Information Solutions, Inc. ("Experian"), by and through their respective counsel of record in the above-captioned matter, and hereby stipulate and agree, pursuant to LR 7-,1 as follows:

/ / /

/ / /

/ / /

LV 420910679v1

IT IS HEREBY STIULATED THAT:

1. To allow counsel for SLS to familiarize themselves with the matter and to permit settlement discussions between SLS and Plaintiff, the deadline for SLS to file its Reply in Support of SLS's Emergency Motion to Stay Discovery Pending Ruling on Motion to Dismiss Complaint is hereby extended to May 11, 2017.

2. This stipulation is not made for purposes of delay.

Dated: May 4, 2017

**GREENBERG TRAURIG, LLP**

By: */s/ Michael R. Hogue*
    JACOB BUNDICK, ESQ.
    Nevada Bar No. 9772
    MICHAEL R. HOGUE, ESQ.
    Nevada Bar No. 12400
    3773 Howard Hughes Parkway
    Suite 400 North
    Las Vegas, Nevada 89169
    Telephone:(702) 792-3773
    Facsimile: (702) 792-9002
    Emails: bundickj@gtlaw.com
             hoguem@gtlaw.com
*Attorneys for Defendant Specialized Loan Servicing, LLC*

Dated: May 4, 2017

**KNEPPER & CLARK LLC**

By: */s/ Miles N. Clark*
    MATTHEW I. KNEPPER, ESQ.
    Nevada Bar No. 12796
    MILES N. CLARK, ESQ.
    Nevada Bar No. 13848
    10040 W. Cheyenne Ave., Suite 170-109
    Las Vegas, NV 89129
    Phone: 702-825-6060
    Fax: 702-447-8048
    Email:
    matthew.knepper@knepperclark.com
    Miles.clark@knepperclark.com

**HAINES & KRIEGER, LLC**

    DAVID H. KRIEGER, ESQ.
    Nevada Bar No. 9086
    8985 S. Eastern Avenue
    Suite 130
    Henderson, NV 89123
    Phone: 702-880-5554
    Fax: 702-383-5518
    Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff Deborah Uehara*

Greenberg Traurig, LLP
3773 Howard Hughes Parkway - Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

LV 420910679v1

Dated: May 4, 2017

**NAYLOR & BRASTER**


By: ___/s/___ Jennifer L. Braster
Jennifer L. Braster
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone (702) 420-7000
Facsimile: (702) 420-7001
Email: jbraster@naylorandbrasterlaw.com

<b><u>ORDER</u></b>

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

Dated this 4th day of May, 2017.

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on May 4, 2017, a copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR SPECIALIZED LOAN SERVICING, LLC TO FILE REPLY IN SUPPORT OF EMERGENCY MOTION TO STAY DISCOVERY PENDING RULING ON MOTION TO DISMISS COMPLAINT** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Courts' CM/ECF system.

MATTHEW I. KNEPPER, ESQ.
MILES N. CLARK, ESQ.
Knepper & Clark
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
matthew.knepper@knepperclark.com
Miles.clark@knepperclark.com

DAVID H. KRIEGER, ESQ.
8985 S. Eastern Avenue
Suite 130
Henderson, NV 89123
dkrieger@hainesandkrieger.com

Jennifer L. Braster
Naylor & Braster
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
jbraster@naylorandbrasterlaw.com

/s/   Natalie Young
Employee of Greenberg Traurig, LLP

LV 420910679v1