JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
MICHAEL R HOGUE, ESQ.
Nevada Bar No. 12400
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: bundick@gtlaw.com; hoguem@gtlaw.com
*Counsel for Defendant Specialized Loan Servicing, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEBORAH UEHARA,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SPECIALIZED LOAN SERVICING, LLC; AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　Defendant. | Case No.: 2:17-CV-00093-APG-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S MOTION TO DISMISS COMPLAINT** |

COME NOW, Plaintiff Deborah Uehara ("Plaintiff") Defendant Specialized Loan Servicing, LLC ("SLS"), and Defendant Experian Information Solutions, Inc. ("Experian"), by and through their respective counsel of record in the above-captioned matter, and hereby stipulate and agree, pursuant to LR 7-,1 as follows:

/ / /

/ / /

/ / /

IT IS HEREBY STIULATED THAT:

1. On March 22, 2017, SLS filed its motion to dismiss ("Motion"). ECF Dkt. 15.

2. On October 18, 2017, the Court entered a minute order scheduling SLS's Motion for hearing on October 25, 2017 at 3:00 p.m. in Courtroom 6C before Judge Andrew Gordon.

3. To accommodate the schedule of counsel, the parties hereby agree to continue the hearing to November 2, 2017 at 3:00 p.m. in Courtroom 6C before Judge Andrew Gordon.

4. This stipulation is not made for purposes of delay.

Dated: October 24, 2017

**GREENBERG TRAURIG, LLP**

By: */s/* Michael R. Hogue
    JACOB BUNDICK, ESQ.
    Nevada Bar No. 9772
    MICHAEL R. HOGUE, ESQ.
    Nevada Bar No. 12400
    3773 Howard Hughes Parkway
    Suite 400 North
    Las Vegas, Nevada 89169
    Telephone:(702) 792-3773
    Facsimile: (702) 792-9002
    Emails: bundickj@gtlaw.com
              hoguem@gtlaw.com
*Attorneys for Defendant Specialized Loan Servicing, LLC*

Dated: October 24, 2017

**KNEPPER & CLARK LLC**

By: */s/* Miles N. Clark
    MATTHEW I. KNEPPER, ESQ.
    Nevada Bar No. 12796
    MILES N. CLARK, ESQ.
    Nevada Bar No. 13848
    10040 W. Cheyenne Ave., Suite 170-109
    Las Vegas, NV 89129
    Phone: 702-825-6060
    Fax: 702-447-8048
    Email:
    matthew.knepper@knepperclark.com
    Miles.clark@knepperclark.com

**HAINES & KRIEGER, LLC**

    DAVID H. KRIEGER, ESQ.
    Nevada Bar No. 9086
    8985 S. Eastern Avenue
    Suite 130
    Henderson, NV 89123
    Phone: 702-880-5554
    Fax: 702-383-5518
    Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff Deborah Uehara*

Greenberg Traurig, LLP
3773 Howard Hughes Parkway - Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

1 Dated: October 24, 2017

**NAYLOR & BRASTER**

By: ___/s/___ Jennifer L. Braster
Jennifer L. Braster
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone (702) 420-7000
Facsimile: (702) 420-7001
Email: jbraster@naylorandbrasterlaw.com

## **ORDER**

IT IS SO ORDERED.

_____
US DISTRICT COURT JUDGE

DATED: October 24, 2017

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on October 24, 2017, a copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S MOTION TO DISMISS COMPLAINT** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Courts' CM/ECF system.

MATTHEW I. KNEPPER, ESQ.
MILES N. CLARK, ESQ.
Knepper & Clark
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
matthew.knepper@knepperclark.com
Miles.clark@knepperclark.com

DAVID H. KRIEGER, ESQ.
8985 S. Eastern Avenue
Suite 350
Henderson, NV 89123
dkrieger@hainesandkrieger.com

Jennifer L. Braster
Naylor & Braster
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
jbraster@naylorandbrasterlaw.com

/s/ Natalie Young
Employee of Greenberg Traurig, LLP